UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDREW THOMAS HAWES,  CIVIL NO. 14-889 (SRN/JSM)

    Petitioner,

v.  ORDER

KENT GRANDLIENARD,

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated April 23, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. This action is summarily **DISMISSED WITHOUT PREJUDICE.**

2. Petitioner is **NOT** granted a Certificate of Appealability.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  May 12, 2014

                                                s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Judge